# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 11-291-JST(FMOx) | Date | April 25, 2011 |
|---|---|---|---|
| Title | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al. v. CENTEX HOMES, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|
| Ellen Matheson | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
RETURNABLE: MAY 2, 2011

      The Court, noting that this matter was filed as an ex parte application relating to a discovery matter on a case pending in the Northern District of California, and that the ex parte application was denied by the Magistrate Judge on March 11, 2011, and that no further applications or motions have been filed, hereby issues this Order to Show Cause ("OSC") as to why this matter should not be dismissed. Any response to this OSC is due no later than **May 2, 2011**. Failure to respond will result in the immediate dismissal of this action.

                                                                                                                                                     :    

Initials of Preparer   enm