UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | SACV 11-291-JST(FMOx) | Date | May 5, 2011 |
|---|---|---|---|
| Title | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al. v. CENTEX HOMES, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE**

   Court having previously issued an Order to Show Cause why this action should not be dismissed (doc #21), with the response due no later than May 2, 2011, and the Court having received no response, the matter is now ordered dismissed.

                                                                                          _____ : _____
                                                              Initials of Preparer   enm